No. 01–5451. BEST *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5452. DORSEY *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 01–5453. CHAVEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5454. JUSTICE *v.* MASSIE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–5455. WILLIAMS *v.* ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–5456. SRIVASTAVA *v.* INDIANA STATE PERSONNEL DEPARTMENT. C. A. 7th Cir. Certiorari denied.

No. 01–5457. SALLAS-MORENO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–5458. COATOAM *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–5459. SIMMONS *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–5460. MILES *v.* LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5461. BYRD *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 01–5463. GREEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5464. HILL *v.* HOPKINS, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 01–5465. VASCONCELLO-GAITAN, AKA PERDOMO-MONTOYA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.